DANIEL J. BRODERICK, #89424
Federal Defender
JEREMY S. KROGER, # # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JUAN SOLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-CR-115 LJO-SKO-1 |
|---|---|---|
| *Plaintiff,* | ) | |
| v. | ) | STIPULATION TO ADVANCE STATUS CONFERENCE HEARING; ORDER |
| JUAN SOLIS, | ) | |
| *Defendant.* | ) | Date: April 30, 2012<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Special Assistant United States Attorney Andrew Gradman, Counsel for Plaintiff, and Assistant Federal Defender Jeremy Kroger, Counsel for Defendant, that the hearing currently set for June 18, 2012, at 8:30 a.m., **may be advanced and rescheduled to April 30, 2012 at 8:30 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea and sentencing on April 30, 2012.

///

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: April 25, 2012 | /s/ Andrew Gradman<br>ANDREW GRADMAN<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: April 25, 2012 | /s/ Jeremy Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Juan Solis |

## ORDER

IT IS SO ORDERED.

**Dated:   April 26, 2012**                **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE