

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
         Plaintiff,              )    No. 1:12-CR-00115 LJO
                                 )
   vs.                           )    ORDER OF RELEASE
                                 )
JUAN SOLIS,                      )
                                 )
         Defendant.              )
_____)

The above named defendant having been sentenced to Time Served on April 30, 2012,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: April 30, 2012

                                 _____
                                 LAWRENCE J. O'NEILL
                                 U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1